501 A.2d 248

**Bernard and Marina LATTANZI, Administrators of the Estate of Marina Lattanzi, Deceased, Bernard and Marina Lattanzi, in their own right, and Donna Virgulati, Appellants,**

**v.**

**Charles TORI, Robert Campbell, Martin Bray and Kevin Coffey.**

Supreme Court of Pennsylvania.

Argued Dec. 2, 1985.

Decided Dec. 10, 1985.

Steven A. Cotlar, Doylestown, for appellant.

James M. Schildt, Doylestown, for Charles Tori.

James M. Marsh, Philadelphia, for Robert Campbell.

Robert B. Goss, Philadelphia, Fred Rubin, Newtown, for Martin Bray.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.